# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Russell KANE,<br><br>          Plaintiff,<br><br>v.<br><br>UNITED SERVICE AUTOMOBILE ASSOCIATION, et al.,<br><br>          Defendants. | Case No.: 17-cv-2581-JAH-AGS<br><br>**ORDER GRANTING THE PARTIES' JOINT MOTION (ECF No. 32) AND SECOND AMENDED SCHEDULING ORDER** |

For good cause shown, the parties' joint to modify the scheduling order is granted. The new scheduling order dates are:

| CASE MANAGEMENT SCHEDULE | |
|---|---|
| **Event** | **Deadline** |
| Expert Designations and Disclosures | January 23, 2020 |
| Rebuttal/Supplemental Expert Designations and Disclosures | February 20, 2020 |
| Fact Discovery Completion | March 25, 2020 |
| Expert Discovery Completion | March 25, 2020 |
| MSC Briefs | April 2, 2020 |
| Mandatory Settlement Conference | April 9, 2020, at 9:00 a.m. |
| Pretrial Motions | April 23, 2020 |
| Rule 26(a)(3) Disclosures | July 27, 2020 |

| | |
|---|---|
| Meet and Confer on the PTO | August 3, 2020 |
| Draft PTO to Defense Counsel | August 10, 2020 |
| Lodge PTO | August 17, 2020 |
| Final Pretrial Conference | August 24, 2020, at 2:30 p.m. |

This order only modifies the dates in the scheduling orders (ECF Nos. 18 & 30); all other provisions remain in effect. Given the length of the two extensions in this case, no further extensions will be granted absent exceptional circumstances.

Dated: October 3, 2019

Hon. Andrew G. Schopler
United States Magistrate Judge