UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| RUSSELL KANE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, and DOES 1 to 50,<br>Defendants. | CASE NO. 3:17-cv-02581-JAH-AGS<br><br>[*Formerly San Diego County Superior Court Case No. 37-2017-00044854-CU-NP-NC*]<br><br>**ORDER GRANTING JOINT MOTION FOR STIPULATED DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
|---|---|

Pursuant to the Joint Motion and Stipulation of the parties and F.R.C.P. 41(a)(1)(A), this matter is hereby dismissed WITH PREJUDICE. Each party shall bear their own costs and attorneys' fees.

SO ORDERED.

February 21, 2020

_____
HONORABLE JOHN A. HOUSTON
United States District Court Judge
Southern District of California